IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

V.  CAUSE NO. 4:18-cr-79-GHD-JMV

CRANDALL JAMES

ORDER GRANTING MOTION TO CONTINUE

This matter is before the Court on motion [Doc. 53] of counsel for defendant, Merrill K. Nordstrom, to continue the preliminary hearing scheduled for October 22, 2025. Therein, counsel notes that the defendant has witnesses that live several hours away and are unable to attend the scheduled hearing. Counsel further notes that it is her reasonable belief that another attorney will be entering his appearance on behalf of the defendant. The motion avers that counsel for the government has no objection to the relief requested. Accordingly, the Court finds that the motion to continue [Doc. 53] shall be and is hereby GRANTED. The preliminary hearing will be reset by separate notice.

SO ORDERED, this the 21st day of October, 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE